UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

FILED

JAMES J. VILT, JR. - CLERK

DEC 11 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

David Jason Taylor,

    Plaintiff,

       V.

United States Marshall
Cody Medlock, et. al.,

    Defendants,

Case No: **4:23-CV-129-JHM**

TO BE ASSIGNED

(X) Jury Trial Demand

( ) No Jury Trial Demand

42 U.S.C. 1983 Prisoner Civil Rights

Complaint

I: Parties To The Complaint:

  A: Plaintiff

    (1) David Jason Taylor

       Inmate # 138646

       C/o Henderson County Detention Center

       380 Borax Dr.

       Henderson, KY.

            42420

       Plaintiff is a convicted/Sentenced
       Federal Inmate awaiting designation
       by the Bureau of Prisons.

B: Defendants:

(1) U.S. Marshall, Cody Medlock
46 East Ohio St.
Indianapolis, IN.
46204
Being sued in his individual and official capacities.

(2) U.S. Marshall, Greg Thiel
46 East Ohio St.
Indianapolis, IN.
46204
Being sued in his individual and official capacities.

(3) Bruce Todd, Jailer Henderson Co. Det. Ctr.
380 Borax Dr.
Henderson, KY.
42420
Being sued in his individual and official capacities.

(4) Colonel Lesley Gibson, Chief Deputy of Operations, "HCDC"
380 Borax Dr.
Henderson, KY.
42420
Being sued in her individual and official capacities.

(2)

(5) Lt. Jane Knight, Lt. "HCDC" (I.S.B)
   380 Borax Dr.
   Henderson, KY.
           42420

   Being sued in her individual and
   official capacities.

(6) Comprehensive Correctional Care, "CCC"
   380 Borax Dr.  / P.O. Box 735
   Henderson, KY. / Benton, KY.
         42420          42025

   Being sued in their official capacity

(7) Dr. Wilson (Medical Director "CCC")
   380 Borax Dr.
   Henderson, KY.
           42420

   Being sued in his individual and
   official capacities.

(8) Matthew Johnston (Nurse Practitioner)
   380 Borax Dr.
   Henderson, KY.
           42420

   Being sued in his individual and
   official capacities.

( 3 )

(9) Janie Doe* (Nurse "CCC", "HCDC")

380 Borax Dr.

Henderson, KY.

42420

Being sued in her individual and
official capacties.

(10) Lindsey Doe* (Nurse "CCC", "HCDC")

380 Borax Dr.

Henderson, KY.

42420

Sued in her individual and
official capacities.

(11) Kayla Doe* (Nurse "CCC", "HCDC"

380 Borax Dr.

Henderson, KY.

42420

Being sued in her individual and
official capacities.

(12) Whitney Doe * (Nurse "CCC", "HCDC"

380 Borax Dr.

Henderson, KY.

42420

Being sued in her individual and
official capacities.

(4)

(✱) Defendants numbers 9,10,11, & 12 have refused to divulge their last names when asked so I have labeled them with the last name of Doe. I asked Colonel Gibson for their names and she told me she would not give me their names so I could sue them. I submitted digital requests on the inmate tablet system for their names to no avail.

II. Previous Lawsuits Section:

A. Prior to the change of companies that are contracted to provide medical care to inmates at Henderson County Detention Center, (Hereafter "HCDC"), Plaintiff filed a civil rights complaint in this same District Court under cause number 4:23-cv-85 for circumstances that are both similar and different than as set forth in this complaint. Quality Correctional Care, (Hereafter "QCC"), served their last day as health care providers at "HCDC"

(5)

on June 30, 2023. The new company, Comprehensive Correctional Care, (Hereafter "CCC"), took over at 12:00 A.M. on July 1, 2023. The previous complaint is as follows:

(1) Taylor V. Todd et. al.,

  (A) Plaintiff: David Jason Taylor

  (B) Defendants:

    (1) Bruce Todd (Jailer "HCDC")

    (2) Greg Thiel (U.S. Marshall)

    (3) Henderson County

    (4) Colonel Gibson (Chief Deputy of Operations)

    (5) Felicia Rowan (I.S.B. Sgt.)

    (6) Officer McElfresh (Former I.S.B.)

    (7) Officer Toman (Property Officer)

    (8) Lt. Jane Knight (I.S.B. Lt.)

    (9) Andrew Brickner (Federal Coordinator)

    (10) Quality Correctional Care

    (11) Dr. Neil Troost (Doctor)

    (12) Aimee Otterbein (Nurse Practitioner)

    (13) Tracy Davis (LPN)

    (14) Kelly Loveall (LPN)

    (15) Monica Chapman (LPN)

    (16) Amanda Lamar (RN)

    (17) Nurse Whitney

(2) Cause Number 4:23-CV-85

(3) Filed in Western District of Kentucky

(4) Action is pending

(5) Filed on July 14, 2023

(6) Judge: Joseph H. McKinley JR.

B: Prior to Plaintiff's transfer to "HCDC", Plaintiff was being held at Floyd County Jail, (Hereafter "FCJ"), P.O. Box 1406, New Albany, IN., 47150. Plaintiff was a pre-trial detainee during this period of time and filed a civil rights complaint in August, 2021 pertaining to similar circumstances set forth in this complaint. The Previous complaint is as follows:

(1) Taylor v. Floyd County Sheriff / Loop

   (A) Plaintiff: David Jason Taylor

   (B) Defendants

      (1) Floyd County Sheriff Frank Loop

      (2) Sgt. Scott Kinderman

      (3) Roy Washington (Nurse Practitioner)

      (4) Kelley Johnson (Nurse)

      (5) Courtney Nichols (Nurse)

(2) Cause Number: 4:21-CV-127-TWP-KMB

(3) Filed in Southern District of Indiana

(4) Action is pending - Trial 8-26-24

(5) Filed on August 17, 2021

(6) Judge: Tonya Walton Pratt

III: Statement of Claim(s)

A: U.S. Marshalls Cody Medlock/Greg Thiel

(1) Cody Medlock is employed by the United States Marshall's Service, Indianapolis Office. My Attorney has sent e-mail(s) to Cody Medlock informing him of the claims set forth in my previous complaint, (4:23-cv-85), and to inform him of the new issues of deliberate indifference and retalliation being conducted by Defendants set forth in this complaint. According to my attorney, he has refused any action to correct these wrong doings. My attorney has copies of the e-mails saved for me. Therefore, I am suing Cody Medlock in his individual and official capacities for failure to protect, deliberate indifference to a serious medical need, retalliation, and failure to

(8)

intervene. These claims will be more specifically defined as I state claims for each defendant.

(2) Greg Thiel is employed by the United States Marshall's Service, Indianapolis Office. As stated in, (1) Cody Medlock, my attorney has sent e-mails to Greg Thiel informing him of the claims set forth in my previous complaint, (4:23-cv-85), and to inform him of the new issues of deliberate indifference and retalliation being conducted by Defendant's set forth in this complaint. According to my attorney, he has refused any action to correct these wrong doings. My attorney has saved copies of these e-mails for me. Therefore, I am suing Greg Thiel in his individual and official capacities for failure to protect, deliberate indifference to a serious medical need, retalliation, and failure to intervene. These claims will be more specifically

(9)

defined as I state claims for each
Defendant.

(3) For Cody Medlock and Greg Thiel, due
to taking no action when informed
of the claims stated herein; plaintiff
states that they engaged in this
same conduct by implicit authorization,
approving, and/or knowingly and
intentionally acquiescing in the
claimed unconstitutional conduct
committed by other Defendants
named herein by doing nothing
to rectify the situation.

B. Bruce Todd (Jailer, "HCDC")

(i) Bruce Todd is the Jailer of Henderson
County Detention Center ("HCDC"). He
has continually allowed the
named Defendants engage in
behavior amounting to deliberate
indifference to a serious medical
need, retalliation, refusing doctor
prescribed medications, and has
allowed the Defendants to lie and
avoid any disciplinary action without
any investigation of grievance at all.

Bruce Todd has failed to ensure that the entity contracted to provide health care has done so, even after numerous grievances about the matters. Instead, I have been threatened with isolation numerous times and medical personel have now claimed they will not follow up on my health care unless I go to isolation. The isolation was never brought up or an issue until I started filing grievances. It seems that by being entitled "Jailer" and being entrusted to see that "HCDC" is kept running in a manner consistent with state law and The Constitutional rights of prisoners/detainees, he would rectify the violations that occur and stop any further acts of constitutional violations. This has not been the case here. I requested for my grievance to be forwarded to Jailer Todd and was told it was forwarded on 10-25-23 by Colonel Gibson. It

(11)

is grievance number 380500601 and was about medical personel's story changing with their actions. I was told the grievance was forwarded and never heard a word, as well as nothing changed. To date, I have 73 listed grievances in the tablet system. I have had severe rectal, lower back/tailbone, hip, and leg pain for over a year and have submitted requests for this only to be put on an anti-depressant that was claimed to be for pain also in attempt to mask this symptom. The pain was accompanied with my stomach/pelvic area burning, periodic/isolated rectal bleeding incidents, a lump in my cheek right next to my anal cavity, bloating, constipation, change in frequency of bowel movements, night sweats, and a popping feeling when I move and sit. I have been ridiculed by Jailer Todd's staff, threatened to go to isolation for

(12)

writing grievances and told by
medical staff that they will not
order any testing or outside exams.
I have requested a colonoscopy
and been denied. I have been
told "QCC" stole all medical records
when they left "HCDC" on June 30,
2023 and I needed to sign releases
of information for "CCC" to get
medical records for me and that
never happened. Then when I ask
about my arm and hand swelling
and turning purple or my abnormal
stress test, they conveniently claim
I had an ultrasound of my arm and
it is fine when "QCC" was here
although they can clearly see the
swelling and discoloration. I have
only had two hema cult tests to
test for blood in my stool in which
were negative. When I tell them
about the lump, pain, burning, and
other symptoms, they try to put
me in isolation for stool tests
and completely ignore the other

(13)

symptoms. I have been told to
sign refusal forms or I was going
to isolation and the forms were
blank with nothing filled out on
them so I signed them out of
fear and under duress. Once they
figured out I did not want to be
isolated they kept using that as
a reason to do nothing. Two
hemacult tests were negative
so why keep doing the same
thing over and over and leave
me in pain suffering? They
put me on Cymbalta and the
side effects were horrible. I had
tremors, severe blurry vision and
dizziness, extreme constipation for
five to seven days at a time,
and complete loss of appetite.
Well, the pain only got worse.
The cymbalta had zero effect
on the pain. I told them and
they said I had to refuse it
to stop taking it and made me
sign another blank form. It

(14)

became obvious to me that the refusal of medical care was how the Defendant's were acting out their retalliation for writing grievances and having attorney Ansell email the Marshalls. I have been left in severe pain by the "ccc" Defendants since July 1, 2023 when they took over the health care contract. Upon their arrival on July 1, 2023, I was repeatedly refused my inhalers for c.o.P.D./emphysema due to them claiming there was no order for them. This is when the grievances started against them. The jail will respond to grievances on medical and tell me to resubmit to medical. Then the Defendant's told me to let the c.o. know when I had to have a bowel movement so I could be taken to Medical and it could be collected and checked for blood again. I notified c.o. Bailey Eastwood on 10-7-2023

(15)

The c.o. turned straight around and
went to Medical and notified the
nurse on duty and came back
telling me that Medical would
not collect the stool sample.
Tuesday, 10-10-2023, Lt. Lanham
came to cell 525 and told me
to come with him that Medical
was placing me in isolation for
refusing to give a stool sample
and I needed to provide a
sample to go back to my cell.
Not long later, Nurse Lindsey came
to the isolation cell and told
me that since I had not provided
the sample, I now needed to
provide three. Medical staff lied
to Colonel Lesley Gibson and told
her Medical staff was never
notified that I had to go to
bathroom on 10-7-2023. It's ironic
because grievances and requests
explain all this to all of them.
I was moved from #524 to #525
due to my leg going numb while

(16)

standing. This posed a problem
while showering because there was
no seat in medical cell #524 where
I had been since Feb., 2023. This
is why I was moved to medical
cell #525 on Sep. 20, 2023. There
is a seat in the shower in cell #
525. After grievances were filed,
Medical Staff moved me out of
Medical all together claiming
I have no medical issues. This
was on 10-24-2023. This move was
clearly an act of retalliation.
Saying I have no Medical issues is
completely meritless due to my
Pacemaker lead being broken to
the point it had to be shut off to
prevent it from pushing me into
cardiac arrest. I have been
diagnosed with C.O.P.D./emphysema,
chronic pulmonary embolisms, ideopathic
hypertrophic obstructive cardio myopathy
(cardiac sudden death disease),
hypertension, high blood pressure, and
have been having symptoms of

(17)

colo-rectal cancer for over a year that have been underminded and ignored by Medical personel. I have had contact with my prior cardiologist and he has expressed that he feels I should have been referred to a gastrointerologist and a urologist as soon as these symptoms began. I have shown medical staff blood in my boxers and was told they did not see me bleed and they can not do anything unless they see it. To date, I have fallen three times since being taken away from the cell with a shower chair while showering. I am scared to report this because of being constantly threatened with isolation. In isolation, there are no tablets to submit medical requests and grievances, to visit and call family and attorneys, or any commissary available. All of these issues have been brought

to Colonel Gibson's attention via
requests and grievances and she
keeps allowing the behavior to
continue occuring. The Marshalls,
Cody Medlock and Greg Thiel have
been emailed by attorney Harold
Samuel Ansell, IFCD Indianapolis,
and responded that my medical
needs are being responded to.
Dr. Wilson, "ccc" medical director
came here and told me since
I did not want to be in isolation
he would not, nor would his
staff, be following up on my
medical issues. Nurse Kayla
talked me into spending the
night in isolation to collect
a stool sample and never did
anything but tell me to flush
it. No testing, no sample collected.
It has been all lies from these
people over and over. I have an
exposed nerve in my tooth and
have been waiting for the dentist
to pull it for almost a month.

(19)

I seen the dentist and was told he did not have the proper equipment to extract the tooth and would call me back in two weeks. I was never called. I was crossed off the list and added to the next one. I can barely eat due to this without extreme pain. I was to be taken back to the electro-physiologist after six months due to the pacemaker lead being broken and shut off to make sure I do not need to have it replaced sooner due to needing it more. This has not happened yet neither. I think it has been 7 or 8 months. Colonel Gibson, Nurse Jonie, Nurse Lindsey, Nurse Kayla, Dr. Wilson, Matthew Johnston, and Nurse Whitney all know about all these issues, yet do nothing but lie to cover their backs. I am to the point where I am scared to write any more requests and grievances for fear of isolation.

(20)

c: Colonel Lesley Gibson & Lt. Jane Knight
  (1) Colonel Lesley Gibson is the Chief
     Deputy of Operations at "HCDC".
     She has know of my symptoms
     and diagnosed conditions all
     along and failed to intervene in
     way, shape, or form. Colonel Gibson
     transported me to the cardiologist
     one day and I told her of my
     symptoms, what my prior cardiologist
     recommended, and the lack of
     treatment by medical staff. Nothing
     got better. Colonel Gibson just tried
     to fill my ear full of excuses
     to dismiss the complaints. She
     has had me brought to her office
     with medical staff when I wrote
     grievances and threatened me with
     isolation. The game they played was
     to get me to sign a form refusing
     isolation that was not filled out
     prior to being signed and then
     refused me any more medical
     care. She even looked at me
     and told me she had documentation

of me refusing medical care. Request
forms and grievances contradict this
though. I began requesting a 42 u.s.c.
1983 packet to file and they would
not give it to me. Then Lt. Jane
Knight comes in on Monday morning
and is accompanying the medication
nurse when she begins yelling how
she is not scared of any lawsuits
and threatening to remove me
from the cell I am in and put
me in isolation. Her conduct was
definitely out of line and obviously
an act of retalliation. The significant
connection between her conduct and
the request for forms on 10-26-23
is the fact that Lt. Jane Knight
is the one that refused to give
me the forms without money to
pay for them. This was refused
to me on 10-27-23 and her conduct
was first thing Monday morning on
10-30-23. She did not work the week-
end. Lt. Jane Knight is also named
as a Defendant in my first complaint,

(22)

filed in this court under case number 4:23-cv-85. Due to the failure to intervene and see to it that the medical Defendants actually administer constitutionally acceptable health care in a manner that complies with Federal Law and the Kentucky standard of care, I am suing Colonel Lesley Gibson for violations of the Eighth and First Amendments for deliberate indifference and retaliation for filing grievances. She has been informed of the lack of adequate medical care and by not correcting the problem she is presumed to be implicitly authorizing, approving, and/or knowingly and intentionally acquiescing these actions. She has also personally taken part in the retaliation. I am suing Lt. Jane Knight for violation of the First Amendment by retaliating against me for requesting forms to file a Federal Prisoner Civil Rights Complaint.

C: Medical Defendants: "CCC":

(1) Dr. Wilson ("CCC" Medical Director), was called to "HCDC" to see me and I told him the issues I was having with respects to my arm and hand on the (L) side swelling and turning purple, the rectal pain and lump, the periodic bleeding, the zero effect of Cymbalta, and the side effects of Cymbalta. Dr. Wilson dismissed the issue of my (L) arm and hand swelling and turning purple by saying I had an ultrasound of my arm. Then he simply told me that if I did not go to isolation, he nor his staff were going to follow up on nothing further. Ultimately, this decision deprived me of any further medical care. Dr. Wilson also neglected to instruct the other staff to pursue any treatment or examination to move toward any kind of diagnosis of what is causing my symptoms. Basically, the only diagnostic testing that

took place was when the court was
involved throughout my detention
hearings in my criminal case.
Other than that, the medical
Defendants have attempted to mask
or cover up the symptoms with
absolutely no diagnosis that was
based on an adequate medical basis.
They have also refused to allow
me any access to any medical
care provider that is capable and
qualified to make an adequate
medical diagnosis and/or treatment
plan for my symptoms. Again, they
put me on Cymbalta for pain only
to mask the symptoms. There
was no diagnosis at all. Here is
the situation of providing medication
for something that has not been
diagnosed. The Cymbalta had no
effect whatsoever on the pain. As
a matter of fact, it had side
effects that made me worse.
Not providing health care that
is capable of diagnosing the

(25)

symptoms of a serious medical need
I have been having is doing
nothing more than allowing the
problem to exacerbate without
treatment, especially with so many
symptoms being symptoms of colo-
rectal cancer and the amount of
rectal pain I have been having.
Due to Dr. Wilson having first-hand
knowledge of the issues stated herein
and not providing proper medical
care nor seeing to it that the
staff under him are diligently pursuing
avenues of care that would, at
the minimum, meet the Kentucky
Standard of Care, it could be inferred
that, he not only participated directly
in the deliberately indifferent actions,
but he also has taken part by
implicit authorization, approving,
and/or knowingly and intentionally
acquiescing in the constitutional
violations of other Defendants
named herein by failing to conduct
his duties and uphold his oath.

2) Matthew Johnston is a Nurse Practitioner employed by "CCC" to provide health care to inmates at "HCDC". Matthew Johnston has first-handed seen blood in my boxers, seen swelling, and seen my hand and arm, (L), swollen and discolored. I told him about all the previously stated symptoms of rectal pain, lump in butt cheek, periodic rectal bleeding, severe pain radiating to hip and down (R) leg, night sweats, headaches, and leg going numb (R). He has failed to pursue any avenues to adequately diagnose what is causing these symptoms. He put me on Cymbalta in attempt to mask my symptoms but I had severely horrible side effects so I had to stop taking it. Mr. Johnston told me I needed to sign some release of information forms yet that never happened. He has ignored the need for testing and allowed the nurses to ignore my needs too. I can not honestly

(27)

state that he has retalliated against me so I am only stating a claim of deliberate indifference against him at this time. However, by allowing the other staff to engage in the behaviors without intervening, I am claiming that he authorized, approved, and/or knowingly and intentionally acquiesced in the behavior and actions of the other Defendants named herein this complaint.

3) Nurses Jonie, Lindsey, Kayla, and Whitney are nurses employed through "CCC", contracted to provide health care services at "HCDC". They have retalliated against me by refusing me health care that would conform to the Kentucky Standard of Care and by moving me to a cell that does not have a shower seat after moving me to #525 that does have a shower seat. The move out of #525 was not done until I filed grievances against medical and asked for information to file this

instant cause of action. They also
cancelled my appointment with
the electrophysiologist on 11-27-23
for my pacemaker to be read.
The appointment is significant
because this doctor, with Derek,
a Boston Scientific Representative,
has shut the top lead to my pace-
maker/defibrillator off due to
being broken and the unnecessary
pacing would have increased the
risk of cardiac arrest. This doctor
wanted me monitored via a device
weekly. However, the device would
not connect to mine. I was told
I needed to be seen in six
months if there were no episodes
that would warrant a sooner
visit. I have had several episodes
that have went ignored by these
nurses. They check my vitals and
that's it. That is not objectionably
reasonable. In fact, it is deliberately
ignoring symptoms of the "cardiac
sudden death" disease I have been

(29)

diagnosed with back on Feb. 22, 2007.
My heart goes into ventricular
tachycardia episodes and relies
on the pacemaker to deliver
two pace bursts before engaging
the defibrillator for a shock
treatment. In the last appoint-
ment, the "PVC", "PAC" readings
were in the hundred thousands
in a year. I have seen medical
here about the same rectal pain
and symptoms stated previously
and nothing has been diagnosed.
As I previously stated, all they
did was attempt to mask the
pain with Cymbalta. I was never
notified of any adverse side
effects nor told to watch for
anything. When I told them
it had me constipated, they
threw me in isolation until
I had a bowel movement.
Nurse Kayla told me this was
so they could be tested for
blood in the stool. This was not

(30)

done. They seen the #2 and told
me to flush it then sent me
back to my cell, #525. I
found blood in my stool not long
later and told them. They
told me to notify custody staff
the next time I had to go
and I would be taken to
medical to collect it for testing.
I notified Bailey Eastwood, c.o.,
and she came back from medical
only to tell me they were not
collecting it. I couldn't go again
for three days and medical staff
tried to turn the truth around
saying I refused to provide
the sample and had to go
to isolation until I provided
three samples. I refused
isolation and did not refuse
testing. I wrote grievances
and that is when it got worse.
They moved me away from
the shower seat and medical
cell all together. My leg goes

(31)

numb and gives out on me and they know this. I have fallen three times in the shower since the move and if I say anything they will lock me in isolation instead of finding out what is wrong with me. When I wrote grievances to Colonel Gibson, Jonie and Lindsey were there with Colonel and myself lying to Colonel Gibson and my grievance was dismissed with me being threatened with isolation if I keep complaining. I requested to see the dentist and he said the canal that the nerve is in, in my tooth, has a hole in it exposing the nerve. He said he could not pull it for two weeks because he did not have the right equipment. They never called me back in two weeks. They crossed me off the list and put me on another list for another three weeks

(32)

later. This is now five weeks of exposed nerve pain that affects my ability to eat and the tooth has now become infected. This is ridiculous. Again, deliberately leaving me to suffer in pain. I have had the rectal pain and symptoms the whole time "ccc" Defendants have been in employ here with nothing but Cymbalta offered that did nothing but give me worse problems. There has also been no diagnosis whatsoever. I am suing these Defendants for deliberate indifference to a serious medical need and for retalliation. I have a nurse here that I am not suing due to her honesty and her attempts to help me. She was the nurse that initially seen the blood in my boxers and confirmed with me it was blood. Nurse Brenda deserves to be in charge and these

(33)

complaints would slow down.

4) Comprehensive Correctional Care, "ccc", is the company contracted to provide health care at "HCDC". They have failed to uphold policies to ensure constitutional standards are being met. Their staff's behavior is that of ungoverned, untrained, and staff that just plain doesn't care. My symptoms have been told to and shown to the medical director at "ccc" and still nothing. It is my understanding that the official capacity claims against the medical defendants will be against "ccc".

IV: Relief: Plaintiff wishes the court to:

A: Award 600,000 in money damages.

B: Award 400,000 in punitive damages.

C: Grant the following preliminary injunctive relief:

(34)

i) Order "HCDC" and "CCC" defendants to 1) identify a qualified physician to examine Plaintiff's gastrointestinal, urological, and cardiac issues. 2) Schedule an appointment with said qualified physician and ensure the appointment is kept. 3) Follow all treatment recommendations and orders made by said qualified physician. 4) Stop retalliating against Plaintiff and refusing him medical care.

V: Declaration Under Penalty of Perjury:

A: I the undersigned, declare under the penalty of perjury that the information contained in this document is true and correct.

This 4th day of December, 2023    X _____ Respectfully,
David Taylor

I certify that a copy of this complaint was delivered to the mail for mailing on 12-5-23
X _____

(35)

David Isaac Taylor #138646
Go Henderson Co. Det. Ctr.
380 Borax Dr.
Henderson, KY
42420

LEGAL MAIL

United States District Court
423 Frederica St.
Suite 126
Owensboro, KY.
42301-3013





